# MINUTES OF PROCEEDINGS
**United States District Court, Northern District of Ohio, Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | DATE: March 6, 2007 |
| Plaintiff(s), | CASE NO. 1:06CR290 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Harold Cameron, et al., | COURT REPORTER: Bruce Matthews |
| Defendant(s). | |

TRIAL TO ____ COURT  ____ JURY

[X] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [X] BEGUN  [ ] CONTINUED & [X] NOT CONCLUDED  [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED

[X] TESTIMONY TAKEN (see witness list)  Wilson; Smiley

[ ] REBUTTAL OF PLTF          [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS           [ ] CHARGE TO THE JURY

[X] ADJOURNED UNTIL  3/7/07                        AT  9:00 AM

[ ] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan
**Patricia A. Gaughan, U.S. District Court Judge**