# MINUTES OF PROCEEDINGS

**United States District Court, Northern District of Ohio, Eastern Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DATE:** March 7, 2007 |
| **Plaintiff(s),** | **CASE NO.** 1:06CR290 |
| **vs.** | **JUDGE PATRICIA A. GAUGHAN** |
| Harold Cameron, et al., | **COURT REPORTER:** Bruce Matthews |
| **Defendant(s).** | |

**TRIAL TO \_\_\_\_ COURT \_\_\_\_\_ JURY**

☐ **OPENING STATEMENTS OF COUNSEL**

**PLTF'S CASE** ☐ **BEGUN** ☒ **CONTINUED &** ☒ **NOT CONCLUDED** ☐ **CONCLUDED**

**DEFT'S CASE** ☐ **BEGUN** ☐ **CONTINUED &** ☐ **NOT CONCLUDED** ☐ **CONCLUDED**

☒ **TESTIMONY TAKEN** (see witness list) Smiley (continued); Cordale Daniels, Perry Austin

☐ **REBUTTAL OF PLTF**          ☐ **SURREBUTTAL OF DEFT**

☐ **FINAL ARGUMENTS**          ☐ **CHARGE TO THE JURY**

☒ **ADJOURNED UNTIL** _____3/8/07_____ **AT** \_\_9:00 AM\_\_\_

☐ **EXHIBITS LOCATED IN** _____

☐ **EXHIBITS RETURNED TO COUNSEL**          /s/ Patricia A. Gaughan_____

**Patricia A. Gaughan, U.S. District Court Judge**