# MINUTES OF PROCEEDINGS
**United States District Court, Northern District of Ohio, Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>Harold Cameron, et al.,<br><br>Defendant(s). | DATE: March 8, 2007<br>CASE NO. 1:06CR290<br>JUDGE PATRICIA A. GAUGHAN<br>COURT REPORTER: Bruce Matthews |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN  ☒ CONTINUED &  ☒ NOT CONCLUDED  ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN  ☐ CONTINUED &  ☐ NOT CONCLUDED  ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)  Acurio; Ross; Beese; Homerick; Justus; Daniels; Agee

☐ REBUTTAL OF PLTF         ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS          ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL __3/9/07__ AT __9:15 AM__

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan
**Patricia A. Gaughan, U.S. District Court Judge**