# MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| UNITED STATES OF AMERICA, | DATE: March 9, 2007 |
|---|---|
| Plaintiff(s), | CASE NO. 1:06CR290 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Harold Cameron, et al., | COURT REPORTER: Bruce Matthews |
| Defendant(s). | |

TRIAL TO ____ COURT _____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN [X] CONTINUED & [X] NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

[X] TESTIMONY TAKEN (see witness list)  Garner; Grafton; Shoulders; Demchack; DiPietro Risdon; Snezek; Glover

☐ REBUTTAL OF PLTF         ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS          ☐ CHARGE TO THE JURY

[X] ADJOURNED UNTIL  3/12/07  AT  9:00 AM

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan

**Patricia A. Gaughan, U.S. District Court Judge**